# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 13, 2018

157397

*In re* ILAYAN, Minors.

SC: 157397
COA: 339414
Wayne CC Family Div:
 15-519777-NA

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

_____/

On order of the Court, the application for leave to appeal the February 15, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 13, 2018



Clerk

t0410